UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2203

_____

ASHLEY POPA,
individually and on behalf of all others similarly situated,

Appellant

v.

HARRIET CARTER GIFTS, INC., a Pennsylvania corporation;
NAVISTONE, INC., a Delaware corporation

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 2-19-cv-00450)
District Judge: Honorable William S. Stickman, IV

_____

SUR PETITION FOR REHEARING

_____

Before:  CHAGARES, <u>Chief Judge</u>, McKEE, AMBRO, JORDAN, HARDIMAN,
GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY,
and FUENTES[*], <u>Circuit Judges</u>

       The petition for panel rehearing filed by Appellee is granted in part.  The panel has

determined that the original decision should be upheld but has revised the opinion to

clarify issues raised in appellee's petition for rehearing.  Accordingly, it is hereby

_____

[*] Judge Fuentes' vote is limited to panel rehearing only.

ORDERED that the opinion filed on August 16, 2022, is hereby vacated and amended opinion shall be filed simultaneously with this order. The revised opinion does not alter the August 16, 2022, judgment.

The amended opinion has been circulated to the en banc court in accordance with 3d Cir. I.O.P. 9.5.7. The majority of the judges of the circuit in regular active service having not voted for rehearing, the petition for rehearing en banc is denied.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated: October 18, 2022
Lmr/cc: All Counsel of Record